UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TERESA PATTERSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 2:11-0115 |
| | ) | Jury Demand |
| vs. | ) | |
| | ) | |
| | ) | Judge Sharp |
| | ) | Magistrate Judge Bryant |
| NORTH CENTRAL TELEPHONE | ) | |
| COOPERATIVE CORP., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE

IT IS HEREBY ORDERED that the Initial Case Management Conference originally set for Monday, January 23, 2012 at 10:30 am is hereby reset for Monday, February 27, 2012 at 9:45 am.

Entered this 24th day of January, 2012.

*s/ John S. Bryant*
Magistrate Judge Bryant

APPROVED FOR ENTRY:

/s/ Charles P. Yezbak, III
Charles P. Yezbak, III (BPR #18965)
2002 Richard Jones Rd, Suite B-200
Nashville, TN 37215
(615) 250-2000
(615) 250-2020 (facsimile)
yezbak@yezbaklaw.com

*Attorney for Plaintiffs*