TUVQJÞÁÕÜŒÞVÒÖ

*Kevin H. Sharp*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| TERESA PATTERSON and NECHIE WOODARD, | ) ) ) |
| Plaintiffs, | ) ) Case No. 2:11-cv-0115 |
| vs. | ) ) Judge Sharp ) |
| NORTH CENTRAL TELEPHONE COOPERATIVE CORPORATION d/b/a NORTH CENTRAL TELEPHONE COOPERATIVE, | ) Magistrate Judge Bryant ) ) ) ) ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR LEAVE TO MANUALLY FILE AUDIO DISKS AS TO MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF NECHIE WOODARD**

Defendant North Central Telephone Cooperative, Inc. ("NCTC") hereby moves the Court for leave to manually file audio disks in support of its Motion for Summary Judgment as to Plaintiff Nechie Woodard.

1. On May 2, 2013 NCTC filed Motions for Summary Judgment seeking dismissal of the claims brought by Plaintiff, Nechie Woodard.

2. In support of that Motion, NCTC relied on deposition testimony of Nechie Woodard which included audio recordings that were played into the record during the deposition.

3. The audio files were filed through the affidavit of attorney C. Eric Stevens, which is attached to the Motion for Summary Judgment as **Exhibit Q.**

4. NCTC hereby moves the Court for leave to manually file the audio recordings and designate them as attachments to existing **Exhibit Q** in the Motion for Summary Judgment as to Plaintiff Nechie Woodard.