UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TERESA PATTERSON and NECHIE WOODARD, | ) ) ) | |
| Plaintiffs, | ) ) | No. 2:11-0115 Jury Demand |
| v. | ) ) ) | Judge Sharp Magistrate Judge Bryant |
| NORTH CENTRAL TELEPHONE COOPERATIVE CORP., | ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR LEAVE TO MANUALLY FILE AUDIO DISKS AS TO MOTION FOR SUMMARY JUDGMENT AS TO TERESA PATTERSON

Defendant North Central Telephone Cooperative, Inc. ("NCTC") hereby moves the Court for leave to manually file audio disks in support of its Motion for Summary Judgment as to Plaintiff Teresa Patterson.

1. On May 2, 2013 NCTC filed Motions for Summary Judgment seeking dismissal of the claims brought by Plaintiff, Teresa Patterson.

2. In support of that Motion, NCTC relied on deposition testimony of Teresa Patterson which included audio recordings that were played into the record during the deposition.

3. NCTC cites to the deposition transcript and quotes the language from the audio recordings in its Memorandum in Support of its Motion for Summary Judgment and Statement of Undisputed Material Facts.

4. The audio files were filed through the affidavit of attorney C. Eric Stevens, which is attached to the Motion for Summary Judgment as Exhibit 15.