# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **TERESA PATTERSON and** ) | |
| **NECHIE WOODARD,** ) | |
| ) | **No. 2:11-0115** |
| **Plaintiffs,** ) | **Jury Demand** |
| ) | |
| **vs.** ) | |
| ) | **Judge Sharp** |
| ) | **Magistrate Judge Bryant** |
| **NORTH CENTRAL TELEPHONE** ) | |
| **COOPERATIVE CORPORATION** ) | |
| **d/b/a NORTH CENTRAL TELEPHONE** ) | |
| **COOPERATIVE,** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Come now Plaintiffs, and pursuant to Rule 5.07 of the Administrative Practices and Procedures for Electronic Case Filing that has been adopted for use in this Court, brings this Motion for Leave to file **Exhibits R, S, and V** to the Declaration of Charles P. Yezbak under seal. These documents have been designated "Confidential" by Defendant North Central Telephone Cooperative and is subject to the parties Agreed Protective Order [Dkt. 28].

Respectfully submitted,

**/s/ Charles P. Yezbak, III**
Charles P. Yezbak, III (#18965)
  yezbak@yezbaklaw.com
**/s/ Melody Fowler-Green**
Melody Fowler-Green (#23266)
  mel@yezbaklaw.com

*Attorneys for Plaintiffs*